# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SEYMOUR "SIM" LENZ, JR.,**

        **Plaintiff,**

**-vs-**	Case No. 6:05-cv-792-Orl-31KRS

**DYNETECH CORPORATION,**

        **Defendant.**

_____

## ORDER

The parties in this case executed a Mediation Settlement Agreement on February 22, 2006. Subsequently, a dispute arose over the addition of a confidentiality provision demanded by the Plaintiff. The Agreement itself requires that Plaintiff shall keep the terms and conditions of the Agreement confidential. Defendant has filed a Motion to enforce the Agreement (Doc. 36).

Counsel for both parties to this dispute are experienced and must know that the Court will not approve a confidential settlement of an FLSA claim. Since confidentiality appears to be a material (and disputed) term of this Agreement, it will not be enforced. Accordingly, it is

**ORDERED** that the Motion is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 4, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party